415 A.2d 87

**PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, Appellant,**

v.

**J. C. PENNEY CASUALTY INSURANCE COMPANY, Appellee.**

Supreme Court of Pennsylvania.

Argued May 23, 1980.

Decided June 18, 1980.

F. Lee Shipman, Harrisburg, for appellant.

Sanford S. Marateck, Shamokin, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

OPINION

PER CURIAM:

Order affirmed.

EAGEN, C. J., did not participate in the consideration or decision in this case.